FILED
CLERK, U.S. DISTRICT COURT
3/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DTA _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

April 2021 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 8:22-cr-00028-CJC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1344(2): Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 982: Criminal Forfeiture] |
| LANA POTHOS and THERON FOX, | |
| Defendants. | |

The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[18 U.S.C. §§ 1344(2), 2(a)]

[BOTH DEFENDANTS]

A.   THE SCHEME TO DEFRAUD

1.   Beginning no later than June 2020, and continuing to in or around October 2020, in Orange County, within the Central District of California, and elsewhere, defendants LANA POTHOS and THERON FOX, each aiding abetting the other, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to obtain

monies and funds owned by and in the custody and control of Bank of America by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

B.   MANNER AND MEANS OF THE FRAUDULENT SCHEME

2.   The scheme to defraud operated, in substance, in the following manner:

   a.   Defendant POTHOS used her position as a Bank of America employee to, without authorization, access Bank of America's computer system to alter account and contact information, including the phone number and address on file, for Bank of America customers, victims S.S. and J.S. Defendant POTHOS, without authorization, created and controlled an online banking profile in the name of victim S.S., and opened and controlled a new Bank of America checking account in the name of victim S.S. (the "Fraudulent Account").

   b.   Defendant POTHOS falsely posed as S.S. in phone calls with Bank of America customer service representatives, during which she (1) ordered a debit card in the name of victim S.S. for a savings account jointly controlled by victims S.S. and J.S., and (2) in later calls, attempted to acquire and use a debit card for the Fraudulent Account.

   c.   Defendant POTHOS, defendant FOX, and/or co-schemers, using an IP address registered to defendant FOX, accessed the online banking profile defendant POTHOS had created in victim S.S.'s name to transfer money from a joint account held by victims S.S. and J.S. to the Fraudulent Account.

   d.   Defendant POTHOS, defendant FOX, and/or co-schemers transferred the money from the Fraudulent Account to bank accounts at

other financial institutions controlled by defendant FOX.

3. As a result of this scheme, defendants POTHOS and FOX stole $1,112,070 from victim S.S. and J.S.'s Bank of America joint checking account.

C. THE EXECUTION OF THE SCHEME TO DEFRAUD

4. On or about the dates set forth below, in Orange County, within the Central District of California, defendants POTHOS and FOX, each aiding and abetting the other, committed the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | 7/31/20 | Transfer of $50,000 from Bank of America account ending in 6516 to Bank of America account ending in 6907. |
| TWO | 8/5/20 | Transfer of $185,500 from Bank of America account ending in 6907 to Wells Fargo Bank account ending in 6828. |
| THREE | 8/6/20 | Transfer of $185,500 from Bank of America account ending in 6907 to Comerica Bank account ending in 3088. |
| FOUR | 10/13/20 | Transfer of $198,000 from Bank of America account ending in 6516 to Bank of America account ending in 6907. |
| FIVE | 10/15/20 | Transfer of $208,000 from Bank of America account ending in 6907 to Comerica Bank account ending in 3088. |

COUNTS SIX AND SEVEN

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[BOTH DEFENDANTS]

On or about the dates below, in Orange County, within the Central District of California, defendants LANA POTHOS and THERON FOX, each aiding and abetting the other, knowingly possessed and used, without lawful authority, means of identification that defendants POTHOS and FOX knew belonged to another person, namely, the name S.S., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in the following Counts of this Indictment:

| **COUNT** | **DATE** | **FELONY PREDICATE** |
|---|---|---|
| SIX | 7/31/20 | COUNT ONE |
| SEVEN | 10/13/20 | COUNT FOUR |

FORFEITURE ALLEGATION

[18 U.S.C. § 982]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(2), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Seven of this Indictment.

2. Any defendant so convicted shall forfeit to the United States of America the following:

   (a) All right, title and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been

//
//
//
//

5

transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ANDREW BESHAI
Assistant United States Attorney
Santa Ana Branch Office